Anthony Norman
#01718789 / LeBlanc
3695 FM 3514
Beaumont, TX 77705

Christopher Prine, Clerk
Fifteenth Court of Appeals
P.O. 12852
Austin, TX 78711-2852

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

OCT 2 2 2025

CHRISTOPHER A. PRINE
CLERK

October 18, 2025

Re: Cause No. 15-24-00068-CV, NORMAN v. JANAK

Mr. Prine,

I am writing you to alert you that cause no. 15-24-00068-CV is still pending in the Texas Supreme Court per cause no. 25-0489. Per rule/law under TRAP Rule 56.5 the Clerk of the Texas Supreme Court is required to issue a CERTIFIED ORDER disclosing the disposition of the case.

Without final disposition in the Texas Supreme Court, the Clerk of the 15th COA is NOT AUTHORIZED to issue the MANDATE as required by TRAP Rule 18. I am of course raising this issue with the Texas Supreme Court. Thank you.

Sincerely,

Anthony Norman

pg 1 of 1

Anthony Norman
1718789 | ~~3675~~ 01718789
3695 Fm 3514
Beaumont, TX 77705

HOUSTON TX RPDC 773
17 OCT 2025 PM 1 L



RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

OCT 2 2 2025

CHRISTOPHER A. PRINE
CLERK

Christopher Prine, Clerk
15th Court of Appeals
P.O. Box 12852
Austin, TX 78711-2852

Special Mail

78711-285252